# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00427-CV

### E. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
## NO. C2017-1044D, THE HONORABLE KARIN E. BONICORO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant E. B. filed his notice of appeal on June 19, 2018. The appellate record requested by appellant's prior counsel was complete July 13, 2018, making appellant's brief due August 2, 2018. On July 16, 2018, counsel for appellant filed a motion for extension of time to file appellant's brief.

Appellant's counsel also seeks an order from this Court directing the trial court to supplement the appellate record. If appellant's counsel believes that the clerk's record lacks relevant items, counsel is instructed to file a record request with the trial court clerk specifically describing the requested items so that the clerk can readily identify them, if counsel has not already done so. *See* Tex. R. App. P. 34.5 (b)(2) ("The clerk will disregard a general designation, such as one for 'all papers filed in the case.'"), (c)(1) ("If a relevant item has been

omitted from the clerk's record, . . . any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item.").

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order counsel to file appellant's brief no later than August 22, 2018. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on July 18, 2018.

Before Justices Puryear, Goodwin, and Bourland